# Third District Court of Appeal
## State of Florida

Opinion filed July 5, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1021
Lower Tribunal No. 20-26088
_____

**Natividad Barbieto, etc.,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

Scott J. Edwards, P.A., Scott J. Edwards (Boca Raton), Vyacheslav Borshchukov, P.A., and Vyacheslav Borshchukov (Fort Lauderdale), for appellant.

Luks, Santaniello, Petrillo, Cohen & Peterfriend, and Daniel S. Weinger (Fort Lauderdale), for appellee.

Before LOGUE, C.J., and SCALES, and MILLER, JJ.

PER CURIAM.

Affirmed.  See Navarro v. Citizens Prop. Ins. Corp., 353 So. 3d 1276, 1279–81 (Fla. 3d DCA 2023) (affirming summary judgment in favor of insurer where insured failed to "adequately counter the presumption of prejudice" resulting from insured's failure to timely report claim).